AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Melloy, Michael J. | Eighth Circuit Court of Appeal | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Senior Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

111 Seventh St. S.E.
Box 22
Cedar Rapids, IA 52401-2101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | University of Iowa College of Law-Salary for teaching | $7,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Cedar Rapids Community School District-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/30/2013-11/2/2013 | Atlanta, GA | Panel participant at CLE program | Air fare, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life Insurance Company | Policy Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance Company-cash values | C | Interest | L | T | | | | | |
| 2. Home Technology Systems Stock in US Bank IRA | A | Distribution | K | T | | | | | |
| 3. Cedar Rapids Bank and Trust Company-Checking Acct. | A | Interest | M | T | | | | | |
| 4. General Electric Company stock in US Bank IRA | A | Dividend | K | T | | | | | |
| 5. Wells Fargo Advisors | A | Interest | J | T | | | | | |
| 6. Vanguard IRA-International Growth Fund | A | Dividend | J | T | Sold (part) | 09/19/13 | J | A | |
| 7. Vanguard IRA-Primecap Core Fund | A | Dividend | J | T | | | | | |
| 8. Vanguard IRA-Emerging Markets Stock Index | A | Dividend | J | T | | | | | |
| 9. Vanguard IRA-Federated Money Market Fund | A | Dividend | J | T | Buy (add'l) | 09/19/13 | J | | |
| 10. Cash in US Bank IRA | A | Interest | J | T | | | | | |
| 11. Vanguard IRA-500 Index Fund | A | Dividend | J | T | Sold (part) | 08/01/13 | K | B | |
| 12. Vanguard IRA-GNMA Fund | A | Dividend | L | T | Buy (add'l) | 09/19/13 | L | | |
| 13. Vanguard IRA-High Yield Corporate Fund | A | Dividend | K | T | Sold (part) | 02/08/13 | K | B | |
| 14. Hill Bank and Trust-Money Market Account | A | Interest | J | T | | | | | |
| 15. Northern Trust-▮▮▮▮▮ Survivor's Trust-money market | B | Interest | J | T | | | | | |
| 16. Mid-America Administrative & Retirement-ALU Fixed Income | A | Interest | K | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 15-⬛⬛⬛, ⬛⬛⬛, died during calendar year 2012. As a result ⬛⬛⬛ became a beneficiary of a residual truat created by ⬛⬛⬛. The trustee is Northern TrustCompany. The assets are all invested in a money market account at Northern Trust. I have reported the value of ⬛⬛⬛ share of the trust. She is not a trustee and has no responsibility or discretion in the investment of the trust assets. Most of the assets were distributed in 2013. There is a small amount still in the money market account to pay closing expenses. I expect the balance to be distributed in 2014.

Line 16-⬛⬛⬛ retired in calendar year 2012. As part of a retirement incentive program, payment was made into a deferred compensation program with MidAmerica Administrative and Retirement Solutions. The 12/31/2013 value of that account is shown on this line. The funds are invested in ALU Fixed Income Account.

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J. | 05/07/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Melloy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544